UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| YSLETA DEL SUR PUEBLO, *a federally recognized sovereign Indian tribe,* | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | EP-17-CV-00162-DCG |
| CITY OF EL PASO, | § § § | |
| *Defendant.* | § § | |

## ORDER AMENDING MEMORANDUM OPINION AND ORDER

On this day, the Court issued a "Memorandum Opinion and Order" (ECF No. 94). The Court observes that there is a typographical error in this Order. Specifically, on page 20, the Order states that "IT IS FURTHER ORDERED that all claims asserted by Plaintiff Ysleta Del Sur Pueblo against Defendant City of El Paso in the above-captioned case are DISMISSED WITH PREJUDICE", whereas the Court intended the order to state: "DISMISSED WITHOUT PREJUDICE" as reflected in the "Final Judgment" (ECF No. 95). Accordingly, the "Memorandum Opinion and Order" (ECF No. 94) is **REVISED** and **AMENDED** as follows:

On page 20,

"**IT IS FURTHER ORDERED** that all claims asserted by Plaintiff Ysleta Del Sur Pueblo against Defendant City of El Paso in the above-captioned case are **DISMISSED WITHOUT PREJUDICE.**"

So ORDERED and SIGNED this 15 day of January 2020.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE